UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| JUDITH D. HINTON, as personal representative of Estate of Alice Wright<br>    Plaintiff<br><br>v.<br><br>STRYKER CORPORATION, ET AL<br>    Defendant | Civil Action No. 14-13352-PBS |

**ORDER ALLOWING DEFENDANTS STRYKER CORPORATION AND HOWMEDICA OSTEONICS CORP. TO DEPOSIT SETTLEMENT FUNDS <u>WITH THE COURT AND A DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 67 of the Federal Rules of Civil Procedure and Local Rule 67.2, the Court's review of the papers and good cause having been shown:

IT IS THEREFORE ORDERED on this 22nd day of June, 2015, the Defendants Stryker Corporation and Howmedica Osteonics Corp.'s (collectively "Stryker") Motion to Deposit Settlement Funds with the Court and to Dismiss with Prejudice is hereby granted.

IT IS FURTHER ORDERED that Stryker make the settlement check payable to Judith D. Hinton, as personal representative of the Estate of Alice Wright and deposit the funds with the Court

within thirty (30) days. Upon the deposit of the settlement funds, a final "with prejudice" dismissal of this action against Stryker shall be entered by this Court.

IT IS FURTHER ORDERED that Stryker serves this ORDER on all other parties to this action within __10__ days of this ORDER.

/s/ PATTI B. SARIS
Chief United States District Judge